UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**CHARON T. ANDERSON**                                    **PLAINTIFF**

v.                                           **CIVIL ACTION NO. 3:14-CV-P416-M**

**CHRIS HATTON et al.**                                   **DEFENDANTS**

**MEMORANDUM OPINION**

      Plaintiff Charon T. Anderson filed a *pro se* complaint and a prisoner motion to proceed without prepayment of fees but did not submit a prisoner trust account statement. The Court then received notice that Plaintiff had been released from incarceration. On September 4, 2014, the Court ordered Plaintiff to either pay the filing fee or file a non-prisoner application to proceed without prepayment of fees. In response, Plaintiff stated that she was still incarcerated. She attached a state-court form entitled "financial statement," but did not submit her prison trust account statement.

      On October 15, 2014, the Court ordered that Plaintiff submit her prison trust account statement within 30 days. The Court warned Plaintiff that failure to comply with the Order within the 30-day period will result in dismissal of the action.

      More than 30 days have passed, and Plaintiff has failed to respond to the Court's Order. Courts have an inherent power "acting on their own initiative, to clear their calendars of cases that have remained dormant because of the inaction or dilatoriness of the parties seeking relief." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962). Therefore, by separate Order, the Court will dismiss the instant action. *See* FED. R. CIV. P. 41(b) (governing involuntary dismissal).

Date:    December 5, 2014

cc:      Plaintiff, *pro se*
          Defendants
4414.009

                                     **Joseph H. McKinley, Jr., Chief Judge**
                                          **United States District Court**